UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:20-cr-309-T-23AEP

GLIB OLEKSANDR IVANOV-TOLPINTSEV
    a/k/a Gleb Aleksandr Ivanov-Tolpintsev
    a/k/a Sergios
    a/k/a Mars

## NOTICE OF APPEARANCE

Please note the appearance of Special Assistant United States Attorney Jessica N. Reder, as co-counsel for the Government in regard to forfeiture proceedings in the above-styled cause. The Government requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned, as well as to Assistant United States Attorney Carlton C. Gammons, on behalf of the Government.

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   *s/Jessica N. Reder*
     JESSICA N. REDER
     Special Assistant United States Attorney
     Florida Bar Number 103316
     400 North Tampa Street, Suite 3200
     Tampa, Florida 33602
     (813) 274-6000 – telephone
     E-mail: jessica.reder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

<i>s/Jessica N. Reder</i><br>
JESSICA N. REDER<br>
Special Assistant United States Attorney