UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:20-cr-309-T-23AEP

GLIB OLEKSANDR IVANOV-TOLPINTSEV
        a/k/a Gleb Aleksandr Ivanov-Tolpintsev
        a/k/a Sergios
        a/k/a Mars

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The undersigned Assistant United States Attorney respectfully requests

the Clerk of Court to substitute the undersigned Assistant United States

Attorney as government co-counsel in regard to **forfeiture** proceedings in the

above-styled cause, on behalf of the United States of America, in lieu of

Special Assistant United States Attorney Jessica N. Reder.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:     *s/ Suzanne C. Nebesky*
        SUZANNE C. NEBESKY
        Assistant United States Attorney
        Fla. Bar No. 59377
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602
        Tel:    (813) 274-6000
        E-mail: Suzanne.nebesky@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

_s/ Suzanne C. Nebesky_
SUZANNE C. NEBESKY
Assistant United States Attorney