UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:20-cr-309-SDM-AEP | DATE: | September 7, 2021 |
|---|---|---|---|
| **HONORABLE JULIE S. SNEED** | | INTERPRETER: | Yulia Shevchenko (sworn) |
| UNITED STATES OF AMERICA v. GLIB OLEKSANDR IVANOV-TOLPINTSEV | | LANGUAGE: | Ukranian |
| | | **GOVERNMENT COUNSEL** Carlton Gammons, AUSA | |
| | | **DEFENSE COUNSEL** Sylvia Irvin, AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Kathy Rodriguez/Clara Reaves |
| **TIME** | 3:25 PM to 3:36 PM   **TOTAL:** 11 minutes | **PRETRIAL:** | Dylan Lybarger |
| | | **COURTROOM:** | ZOOM video |

**PROCEEDINGS: INITIAL APPEARANCE, ARRAIGNMENT, BOND AND DETENTION HEARING**

The Court advises the defendant of the CARES Act and proceeding via video. The defendant understands he can have the hearing in open court. The defendant and counsel consent to continuing this proceeding by Zoom video.

The defendant is virtually present while in custody at the Pinellas County Jail.

The Court summarizes the charges and advises the defendant of Rule 5 rights.

Oral motion for appointment of counsel made by defendant. The Court inquires as to the defendant's financial status. The Court finds that the defendant qualifies for the appointment of counsel and appoints FPD for all further proceedings.

BOND:    GOVERNMENT: Oral motion for detention noting ICE detainer on defendant.
         DEFENDANT: Reserve on the issue of bond without prejudice.

Indictment filed, copied, and read to defendant. Defendant waives reading of indictment. Not guilty plea entered as to all counts by defendant.

TRIAL TERM: November 2021, beginning week of November 1, 2021 before District Judge Steven D. Merryday. STATUS REPORTS are due on the 10th of each month.

Oral motion for discovery by defendant.   Oral motion for reciprocal discovery by the government.
Government to provide Rule 16(a); Defendants to provide Rule 16(b).

Referred to Magistrate Judge Anthony E. Porcelli for electronic filing of Pre-Trial Discovery Order. Due Process Order entered.

**Defendant remanded to custody of USMS.**