# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:20-cr-309-SDM-AEP

**GLIB OLEKSANDR IVANOV-TOLPINTSEV**
_____/

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, GLIB OLEKSANDR IVANOV-TOLPINTSEV, in the above-styled cause. The Clerk is requested to enter the appearance of ADRIAN BURDEN, Assistant Federal Defender, as counsel for the Defendant. The Clerk is requested to withdraw SYLVIA A. IRVIN, Assistant Federal Defender, as notice counsel for the Defendant.

DATED this 9th day of September, 2021.

A. FITZGERALD HALL, ESQUIRE
FEDERAL DEFENDER
MIDDLE DISTRICT OF FLORIDA

**/s/ Adrian Burden**
Adrian Burden, Esquire
Assistant Federal Defender
Florida Bar No. 0089781
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Fax: 813-228-2562
Email: Adrian_Burden@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of September, 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to the following:

AUSA Carlton Gammons

*/s/ Adrian Burden*
Adrian Burden, Esquire
Assistant Federal Defender