AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
GLIB OLEKSANDR IVANOV-TOLPINTSEV
a/k/a Gleb Aleksandr Ivanov-Tolpintsev
a/k/a Sergios
a/k/a Mars

Defendant

Case No. 8:20 cr 309 T 23 AEP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GLIB OLEKSANDR IVANOV-TOLPINTSEV,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of 18 U.S.C. § 371, Trafficking in Unauthorized Access Devices, in violation of 18 U.S.C. § 1029(a)(2), and Trafficking in Computer Passwords, in violation of 18 U.S.C. § 1030(a)(6).

Date: 10/6/2020

*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7 Oct 20, and the person was arrested on *(date)* 3 Sep 21
at *(city and state)* Orlando, FL.

Date: 3 Sep 21

*Arresting officer's signature*

Scott Caprezula DUSM
*Printed name and title*