UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                               Case No. 8:20-CR-309-SMD-AEP

GLIB OLEKSANDR IVANOV-TOLPINTSEV
_____/

**JOINT MOTION TO CONTINUE TRIAL AND DEFENSE
MOTION TO EXTEND PRETRIAL MOTION DEADLINE**

COMES NOW, the Defendant, GLIB OLEKSANDR IVANOV-TOLPINTSEV, by and through undersigned counsel and pursuant to 18 U.S.C. §3161(h)(7)(A) and (7)(B)(i) and (iv) and Rule 3.08(a) of the Local Rules of the United States District Court for the Middle District of Florida, and hereby moves this Honorable Court to continue the trial in this matter currently scheduled for trial on November 1, 2021 to the **January 2022 trial term**. The government joins in this motion to continue the trial in this case. As grounds in support thereof, Mr. Ivanov-Tolpintsev states the following:

1. A complaint alleging that Mr. Ivanov-Tolpintsev conspired to traffick in unauthorized access devices and in unauthorized computer passwords was filed on May 13, 2020. Doc. 1.

2. Mr. Ivanov-Tolpintsev was arrested in Poland based on that

complaint on or about October 3, 2020. *See* Doc. 24.

3. On October 6, 2020, a four count indictment was filed alleging that he conspired to traffick in unauthorized access devices and in unauthorized computer passwords in violation of 18 U.S.C. § 371, that he trafficked in unauthorized access devices in violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i), and two counts alleging that he trafficked in unauthorized computer passwords in violation of 18 U.S.C. §§ 1030(a)(6)(A), (c)(2)(A) and 2. Doc. 4.

4. Mr. Ivanov-Tolpintsev was extradited to the United States and made his initial appearance in the Middle District of Florida on September 7, 2021. Doc. 18.

5. This defendant received the first discovery production in this case on September 22, 2021. Undersigned counsel is still awaiting an additional discovery production being downloaded to a hard drive. Discovery is voluminous.

6. Undersigned counsel anticipates that it will take some time to review and investigate the discovery materials already received, as well as those the defendant has yet to receive, and to make a determination regarding whether to proceed to trial.

7. Undersigned counsel has consulted with Assistant United States

Attorney Carlton Gammons, who on behalf of the government, joins in this motion.

8. For the above reasons and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), Mr. Ivanov-Tolpintsev respectfully requests a continuance of this case.

9. Additionally, Mr. Ivanov-Tolpintsev respectfully requests an extension of the filing deadline for pretrial motions from the current deadline to November 30, 2021.

**CERTIFICATION OF CLIENT CONSENT**

10. Pursuant to Local Rule 3.08(b), undersigned counsel has discussed this trial continuance with Mr. Ivanov-Tolpintsev, and he consents to the filing of this motion.

WHEREFORE, the Defendant, GLIB OLEKSANDR IVANOV-TOLPINTSEV, respectfully moves this Honorable Court to enter an Order continuing the trial in this matter currently scheduled for November 1, 2021 to the January 2022 trial term.

Respectfully submitted this 19th day of October 2021.

          ALEC F. HALL
          FEDERAL DEFENDER

### */s/ Adrian E. Burden*

Adrian E. Burden, Esq.
Assistant Federal Defender
Florida Bar No. 0089781
400 North Tampa Street,
Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Adrian_Burden@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October 2021 a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to:

AUSA Carlton Gammons

### */s/ Adrian E. Burden*
Adrian E. Burden
Assistant Federal Defender

4