UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                           CASE NO: 8:20-cr-309-SDM-AEP

GLIB OLEKSANDR IVANOV-
TOLPINTSEV
_____/

**ORDER**

The United States and Glib Oleksandr Ivanov-Tolpintsev move (Doc. 26) unopposed to continue the trial from the November 2021 trial calendar to the January 2022 trial calendar. Because counsel requires additional time to review discovery, in this instance the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. The unopposed motion to continue (Doc. 26) is **GRANTED**, and the trial is continued to the January 2022 trial calendar. The time from today through February 6, 2022, is "excludable time" under 18 U.S.C. § 3161(h).

Additionally, Ivanov-Tolpintsev moves (Doc. 26 ¶ 9) to extend the time within which to file a pre-trial motion. The motion is **GRANTED**, and Ivanov-Tolpintsev may file a pre-trial motion not later than November 30, 2021.

ORDERED in Tampa, Florida, on October 21, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE