UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:20-cr-309-SDM-AEP

GLIB OLEKSANDR IVANOV-
TOLPINTSEV

_____/

**ORDER**

Glib Oleksandr Ivanov-Tolpintsev moves (Doc. 31) unopposed to continue the trial from the January 2022 trial calendar to the March 2022 trial calendar. Because defense counsel requires additional time to review discovery, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. The unopposed motion to continue (Doc. 31) is **GRANTED**, and the trial is continued to the March 2022 trial calendar. The time from today through April 3 ,2022 is "excludable time" under 18 U.S.C. § 3161(h).

ORDERED in Tampa, Florida, on December 20, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE