UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:20-cr-309-SDM-AEP

GLIB OLEKSANDR IVANOV-TOLPINTSEV

### UNITED STATES' JOINT STATUS REPORT

The United States of America, pursuant to Fed. R. Crim. P. 17.1 and the

Court's Pretrial Discovery Order and Notice of Status Conference (Doc. 20), files the

following status report:

1.     **Brief summary of the case's status:**

Glib Oleksandr Ivanov-Tolpintsev is a Ukrainian national who controlled a

"botnet," which is a network of computers infected with malware and controlled as a

group without the owners' knowledge. Ivanov-Tolpintsev used the botnet to conduct

brute-force attacks designed to decrypt numerous computer login credentials

simultaneously. He then sold these login credentials on a dark web website that

specialized in the purchase and sale of access to compromised computers. Once sold

on this website, credentials were used to facilitate a wide range of illegal activity,

including tax fraud and ransomware attacks.

On May 13, 2020, a U.S. Magistrate Judge signed a criminal complaint

charging Ivanov-Tolpintsev with conspiracy, trafficking in unauthorized access

devices, and trafficking in computer passwords, and issued a warrant for his arrest.

Doc. 1. Ivanov-Tolpintsev was taken into custody by Polish authorities in Korczowa, Poland, on or about October 3, 2020, and extradited to the United States pursuant to the extradition treaty between the United States and the Republic of Poland. Ivanov-Tolpintsev was presented on September 7, 2021, and ordered detained pending trial. Doc. 18.

In September 2021, the United States forwarded a first discovery production to defense counsel. In November 2021, the United States forwarded a second discovery production containing a forensic image of a server that was approximately half a terabyte in size.

2.   **Possibility of a plea agreement as to the defendant:**

In furtherance of plea negotiations, on October 19, 2021, the United States presented a proffer of evidence to defense counsel. The parties then coordinated a proffer with the defendant that was scheduled to occur on January 5, 2022. This meeting, however, was cancelled due to the rise in COVID-19 infections at the Pinellas County Jail. On February 2, 2022, the defendant proffered with the United States. It is likely that the defendant will resolve this case by entering a guilty plea.

3.   **Number of days required for trial, for government's case-in-chief:**

The parties anticipate that trial will take approximately ten days.

4.   **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions.

5.     **Potential speedy trial problems:**

The parties do not foresee any speedy trial problems.

The United States has consulted with defense counsel who agrees to the above information.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:     */s/ Carlton C. Gammons*
Carlton C. Gammons
Assistant United States Attorney
Florida Bar Number 85903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:    (813) 274-6000
Facsimile:     (813) 274-6358
Email: Carlton.Gammons@usdoj.gov

**U.S. v. Glib Ivanov-Tolpintsev**          **Case No. 8:20-cr-309-SDM-AEP**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Adrian Burden, Esq.

*/s/ Carlton C. Gammons*
Carlton C. Gammons
Assistant United States Attorney
Florida Bar Number 85903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:        (813) 274-6000
Facsimile:        (813) 274-6358
Email: Carlton.Gammons@usdoj.gov

4