UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

**CLERK'S MINUTES**

| CASE NO. | 8:20-cr-309-SDM-AEP | DATE: | February 22, 2022 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | Nataliia Worrell sworn |
| UNITED STATES OF AMERICA v. GLIB OLEKSANDR IVANOV-TOLPINSTEV | | **LANGUAGE:** | Ukrainian |
| | | **GOVERNMENT COUNSEL** Carlton Gammons AUSA | |
| | | **DEFENSE COUNSEL** Adrian Burden AFPD | |
| **COURT REPORTER:** digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME** 10:02 to 11:18 | **TOTAL** min | **PROBATION** | |
| | | **COURTROOM** | 10A |

**GUILTY PLEA PROCEEDINGS – VIA ZOOM**

Defendant consents to proceed via video conference and consents to proceed Magistrate Judge and for a Presentence Investigation Report.

Court advises the defendant of the CARES Act and proceeding via video. Defendant understands he can have the hearing in open court. Defendant consents to proceed video conference.  Court places findings on the record for proceeding via zoom.

All parties are present via video conference (ZOOM).   Findings placed upon the record re: proceeding via zoom.

DEFENDANT SWORN/AFFIRMED.  **PLEA AGREEMENT FILED**.

Plea of guilty entered as to **COUNT 1 OF THE INDICTMENT**.

Factual basis established.

Adjudication of guilt deferred.

Referred to probation for pre-sentence investigation.

Sentencing scheduled for:  to be determined.

**DEFENDANT  - REMANDED TO CUSTODY OF USMS.**