UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE No. 8:20-cr-309-SDM-AEP

GLIB OLEKSANDR IVANOV-TOLPINTSEV

_____/

## Report and Recommendation Concerning Guilty Plea

On **February 22, 2022,** by consent, the defendant appeared before me under Federal Rule of Criminal Procedure 11 and Local Rule 6.01(c)(12) and **pleaded guilty to count one of the indictment**. After cautioning him and examining him under oath about each Rule 11 matter, I found his plea was intelligently, knowingly, and voluntarily made, and the facts he admitted establish the elements of the charged offense. I therefore recommend accepting his plea and adjudicating him **guilty of count one of the indictment.**

For the proceeding, the prosecutor, defense counsel, all appeared by videoconference. The defendant was in the Pinellas County Jail and appeared by videoconference.  The defendant consented to appearing by videoconference, and both he and his lawyer explained they had discussed the matter. His image and voice were clear, and I confirmed he could see and hear me and the lawyers clearly.

I proceeded without the defendant physically present because, during the national emergency created by the novel coronavirus, he could not be physically present without seriously jeopardizing public health and safety. *See* Administrative Order in *In re The Nat'l Emergency Declared on March 13, 2020*, No. 8:20-mc-25 (M.D.

Fla. March 29, 2020) (implementing Coronavirus Aid, Relief, and Economic Security Act, H.R. 748 ["CARES Act"], and March 27, 2020, action by Judicial Conference authorizing videoconferencing under certain circumstances). I did not postpone the plea because his lawyer contended, and I found, delay of the plea would cause serious harm to the interests of justice. Namely, any delay in the proceedings could result in the defendant serving more time in jail then his potential guideline sentence.

**Done** in Tampa, Florida, on February 22, 2022.

ANTHONY E. PORCELLI
United States Magistrate Judge

NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3 1.