UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-309-SDM-AEP

GLIB OLEKSANDR IVANOV-TOLPINTSEV

    a/k/a Gleb Aleksandr Ivanov-Tolpintsev
    a/k/a Sergios
    a/k/a Mars
_____/

## ORDER

The defendant pleaded guilty to conspiracy in violation of 18 U.S.C. § 371 to traffic unauthorized access devices and computer passwords. The United States has established that the defendant obtained at least $82,648 from his participation in the conspiracy.

The United States moves under 18 U.S.C. § 982(a)(2)(B) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for forfeiture of $82,648, which upon entry become final. The motion is **GRANTED**, and the defendant forfeits the $82,648 to the United States.

The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds despite due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States can seek as a substitute asset in satisfaction of this judgment forfeiture of any of the defendant's property to the extent of $82,648.

Jurisdiction is retained to resolve a third-party claim and to enter an order necessary for the forfeiture and disposition of a substitute asset.

ORDERED in Tampa, Florida, on April 19, 2022.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE