UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:20-cr-309-SDM-AEP

GLIB OLEKSANDR IVANOV-TOLPINTSEV

**UNITED STATES' MOTION TO CONTINUE SENTENCING HEARING
FOR VICTIM IDENTIFICATION AND LOSS DETERMINATION**

The United States of America, pursuant to M.D. Fla. Local Rule 3.09(a), hereby moves this Court to continue the sentencing hearing for the defendant, Gleb Oleksandr Ivanov-Tolpintsev, for a period of 90 days. Pursuant to M.D. Fla. Local Rule 3.01(g), the United States has conferred with defense counsel, who opposes the relief requested in this motion.

## Background

The defendant is a Ukrainian national who controlled a "botnet," which is a network of computers infected with malware and controlled as a group without the owners' knowledge. Ivanov-Tolpintsev used the botnet to conduct brute-force attacks designed to decrypt numerous computer login credentials simultaneously. He then sold these login credentials on a dark web website that specialized in the purchase and sale of access to compromised computers. Once sold on this website, credentials were used to facilitate a wide range of illegal activity, including tax fraud and ransomware attacks.

On May 13, 2020, a U.S. Magistrate Judge signed a criminal complaint charging Ivanov-Tolpintsev with conspiracy, trafficking in unauthorized access devices, and trafficking in computer passwords, and issued a warrant for his arrest. Doc. 1. Ivanov-Tolpintsev was taken into custody by Polish authorities in Korczowa, Poland, on or about October 3, 2020, and extradited to the United States pursuant to the extradition treaty between the United States and the Republic of Poland. Ivanov-Tolpintsev was presented on September 7, 2021, and ordered detained pending trial. Doc. 18.

On February 22, 2022, Ivanov-Tolpintsev pleaded guilty to Count One of the Indictment pursuant to a written plea agreement. Docs. 36, 37. On March 10, 2022, the Court accepted his guilty plea, adjudicated him guilty, and scheduled sentencing for May 12, 2022. Doc. 41

## Memorandum of Law

Pursuant to M.D. Fla. Local Rule 3.09(a), "[n]o trial, hearing, or other proceeding shall be continued upon stipulation of counsel alone, but a continuance may be allowed by order of the Court for good cause shown." Good cause exists here, as the United States requests additional time to fully identify victims and determine loss.

The Court is required to order restitution to a victim of any offense resulting in damage to or loss or destruction of property of a victim of the offense. 18 U.S.C. § 3663A(b). Pursuant to the plea agreement in this case, Ivanov-Tolpintsev has agreed

to make restitution to the victims of his offenses, including those specifically identified in the plea agreement as Victim A and Victim B. *See* Doc. 36, p. 3 and 12. In addition to Victim A and Victim B, the United States has identified additional individuals/entities who may be "victims" of the crimes charged, as defined in 18 U.S.C. § 3663A(a)(2).

      Based on data obtained from the dark web marketplace, Ivanov-Tolpintsev's victims were initially identified by only an Internet Protocol address ("IP address"). Investigators then served subpoenas to the various Internet Service Providers controlling the relevant IP addresses at the relevant times. The subpoena returns provided additional identifying information associated with the victims; such as the company name, physical address, and email address. The United States intends to seek restitution for all losses suffered by victims of the charged offenses. Additional time, however, is necessary to ascertain whether the additional individuals/entities are victims, and if so, the extent of their damage or loss.

## **CONCLUSION**

Wherefore, the United States moves this Court to continue Ivanov-Tolpintsev's sentencing hearing for a period of 90 days so as to provide an opportunity to fully identify victims and determine damage and loss.

                                            Respectfully submitted,

                                            ROGER B. HANDBERG
                                            United States Attorney

By:    */s/ Carlton C. Gammons*
        Carlton C. Gammons
        Assistant United States Attorney
        Florida Bar Number 85903
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        Email: Carlton.Gammons@usdoj.gov

U.S. v. Ivanov-Tolpintsev        Case No. 8:20-cr-309-SDM-AEP

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*/s/ Carlton C. Gammons*
Carlton C. Gammons
Assistant United States Attorney
Florida Bar Number 85903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
Email: Carlton.Gammons@usdoj.gov