UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:20-CR-309-SDM-AEP

GLIB OLEKSANDR IVANOV-TOLPINTSEV
_____/

DEFENDANT'S RESPONSE IN OPPOSITION TO
MOTION TO CONTINUE SENTENCING HEARING

The Defendant, GLIB OLEKSANDR IVANOV-TOLPINTSEV, by and through undersigned counsel, opposes the government's motion to continue his May 12, 2022 sentencing hearing. Doc. 45.

## BACKGROUND

1. A complaint alleging that Mr. Ivanov-Tolpintsev conspired to traffick in unauthorized access devices and in unauthorized computer passwords was filed on May 13, 2020. Doc. 1.

2. Mr. Ivanov-Tolpintsev was arrested in Poland based on that complaint on or about October 3, 2020. *See* Doc. 24.

3. On October 6, 2020, a four-count indictment was filed alleging that he conspired to traffick in unauthorized access devices and in unauthorized computer passwords in violation of 18 U.S.C. § 371, that he trafficked in unauthorized access devices in violation of 18 U.S.C. §

1029(a)(2) and (c)(1)(A)(i), and two counts alleging that he trafficked in unauthorized computer passwords in violation of 18 U.S.C. §§ 1030(a)(6)(A), (c)(2)(A) and 2. Doc. 4.

4. Mr. Ivanov-Tolpintsev was extradited to the United States and made his initial appearance in the Middle District of Florida on September 7, 2021 and was ordered detained. Docs. 18, 19.

5. On February 22, 2022, Mr. Ivanov-Tolpintsev entered a guilty plea to count one of the indictment pursuant to a written plea agreement. Docs. 36, 37.

6. On March 10, 2022, this Court accepted his guilty plea, adjudicated him guilty, and scheduled his sentencing hearing for May 12, 2022. Doc. 41.

7. The government is asking the Court to continue the sentencing hearing for a period of 90 days to provide an opportunity to fully identify victims and determine damage and loss. *See* Doc. 45.

8. The government has been investigating this case for well over three years, but at least as early as March 1, 2019, when search warrants were sought and signed by U.S. Magistrate Judge Sansone. *See* Doc. 1.

9. Also, the government began interviewing victims in this case at least as far back as July 2019. *See Id.* at paragraphs 16, 17.

10. The government has had ample time to ascertain the victims in this case as well as any restitution figures, including during the COVID-19 pandemic, when cases were not being indicted with the normal frequency seen in this district prior to the pandemic.

11. Mr. Ivanov-Tolpintsev, who was paroled into the United States for the purpose of this prosecution, is from Ukraine and all of his family remains there.

12. As this Court is aware, Mr. Ivanov-Tolpintsev's country and his family that remain there have been under attack from Russian forces since February 2022.

13. In addition to that, his mother has been diagnosed with cancer and was supposed to have surgery in March 2022 and begin chemotherapy thereafter. Both procedures were canceled due to the ongoing war in Ukraine. She is currently bedridden, and her health is declining. Her only form of relief is pain medication.

14. Granting the government's motion to continue Mr. Ivanov-Tolpintsev's sentencing hearing for 90 days, may extend his time in custody beyond what this Court may consider a reasonable sentence under the circumstances of this case.

15.     The government has not shown good cause as to why it has not, in the over at least three years it has been investigating this case, already ascertained the victims in the case and the restitution, if any, due to them.

Respectfully submitted this 5th day of May 2022.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

***/s/ Adrian E. Burden***
Adrian E. Burden, Esq.
Assistant Federal Defender
Florida Bar No. 0089781
400 North Tampa Street,
Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Adrian_Burden@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of May 2022 a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to:

AUSA Carlton Gammons

*/s/ Adrian E. Burden*
Adrian E. Burden
Assistant Federal Defender