UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL

| CASE NO.: | 8:20-cr-309-SDM-AEP | DATE: | May 12, 2022 |
|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | INTERPRETER: | Yulia Shevchenko |
| **UNITED STATES OF AMERICA**<br>**v.**<br>**GLIB OLEKSANDR IVANOV-TOLPINTSEV** | | LANGUAGE: | Ukrainian |
| | | GOVERNMENT COUNSEL<br>CARLTON C. GAMMONS, AUSA | |
| | | DEFENSE COUNSEL<br>ADRIAN BURDEN, AFPD | |
| COURT REPORTER: Becky Sabo | | DEPUTY CLERK: | Derek Young |
| TIME: 9:02 AM – 10:15 AM | TOTAL: 1hr 13 mins | PROBATION: | Tyler Campbell |
| | | COURTROOM: | 15A |

**PROCEEDINGS:   SENTENCING**

All parties present and identified for the record.

Defense counsel objects to the monetary amount of $500 per access device. The court overrules the objection.

The defendant previously pled guilty to Count One of the Indictment and is adjudged guilty of this offense.

Imprisonment: 48 MONTHS

Supervised Release: 2 years

If the defendant is deported, he must not re-enter the United States without the express permission of the Attorney General or one of his delegates.

The defendant must cooperate in the collection of his DNA.

The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, the defendant must submit to random drug testing not to exceed 104 tests per year

Fine: WAIVED

The forfeiture order is finalized.

Special Assessment: $100 due immediately

Counts Two, Three, and Four of the Indictment are dismissed in accord with the plea agreement.

The defendant is remanded to the custody of the US Marshal to await designation by the Bureau of Prisons

-2-

The court recommends the defendant be sent to a facility with UNICOR and that the defendant be allowed to participate in English classes.

The defendant is advised of his right to appeal and of his right to counsel.