UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-309-SDM-AEP

GLIB OLEKSANDR IVANOV-TOLPINTSEV

### UNITED STATES' *UNOPPOSED* MOTION TO CANCEL HEARING FOR THE FINAL DETERMINATION OF VICTIM LOSSES

On April 27, 2022, the United States of America filed a motion to continue the defendant's sentencing hearing to identify victims and determine loss. Doc. 45. The Court denied the motion to continue on May 9, 2022 (Doc. 50), but scheduled an evidentiary hearing for the final determination of the victims' losses on July 22, 2022 (Doc. 56). The United States has notified all known victims of their rights under the Victims' Rights and Restitution Act (34 U.S.C. § 20141) and Crime Victims' Rights Act (18 U.S.C. § 3771), and sought information regarding the extent of the victims' losses.

Having been provided ample opportunity, no restitution requests have been made. Accordingly, the United States moves, unopposed, to cancel the hearing for the final determination of the victims' losses presently scheduled on July 22, 2022.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Carlton C. Gammons*
Carlton C. Gammons
Assistant United States Attorney
Florida Bar Number 85903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Carlton.Gammons@usdoj.gov

**U.S. v. Glib Oleksandr Ivanov-Tolpintsev   Case No. 8:20-cr-309-SDM-AEP**

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                      */s/ Carlton C. Gammons*
                                      Carlton C. Gammons
                                      Assistant United States Attorney
                                      Florida Bar Number 85903
                                      400 N. Tampa Street, Suite 3200
                                      Tampa, Florida 33602-4798
                                      Telephone:   (813) 274-6000
                                      Facsimile:    (813) 274-6358
                                      E-mail: Carlton.Gammons@usdoj.gov