Clerk of the Court
US District Court
801 N. Florida Ave, 2nd Fl.
Tampa, Fl 33602

September 18, 2022

Re: Case no. 8:20-cr-309

Hon. Judge Merryday:

With respect to the above-mentioned case number, I was sentenced before your Court on May 12, 2022. Presently, I am incarcerated at FCI Loretto in Loretto, PA. During a recent 'team' meeting I learned that the BOP has not credited me for the 11 months I was incarcerated in Poland awaiting extradition to the U.S.. I would appreciate it if the Court could recommend to the BOP that the 11 months be credited to my jail time.

I appreciate your consideration.

Sincerely
Glib Oleksandr Ivanov-Tolpintsev
FCI Loretto
P.O. Box 1000
Cresson, PA 16630