UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-309-SDM-AEP

GLIB OLEKSANDR IVANOV-
TOLPINSTEV
_____/

### ORDER

The defendant's motion (Doc. 61) for a recommendation to the BOP is **GRANTED** to the extent stated in the attached letter addressed to the warden.

ORDERED in Tampa, Florida, on October 11, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE