# United States District Court

MIDDLE DISTRICT OF FLORIDA
UNITED STATES COURTHOUSE
801 NORTH FLORIDA AVENUE, SUITE 1530
TAMPA, FLORIDA 33602-3800

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

(813) 301-5001

October 11, 2022

Warden
FCI Loretto
772 Saint Joseph St.
Loretto, PA 15940

Dear Warden:

    I am in receipt of the attached September 18, 2022 letter from Mr. Glib Oleksandr Ivanov-Tolpinstev, Reg. #63147-509. I endorse Mr. Ivanov-Tolpinestev's receiving credit for time served after his October 3, 2020 arrest on the offense of conviction by Polish authorities in anticipation of extradition to the United States.

*/s/ Steven D. Merryday*