

⇔63147-509⇔
Glib Ivanov-Tolpintsev
FCI Loretto
PO BOX 1000
Cresson, PA 16630
United States

Johnstown Pa
THU 17 NOV

U.S. POSTAGE PAID
FCM LG ENV
CRESSON, PA
16630
NOV 17, 22
AMOUNT
$0.00
R2305K139599-11
RDC 99    33602

⇔63147-509⇔
Clerk Of The Court
US District Court
801 N Florida AVE
2nd Floor
Tampa, FL 33602
United States

Legal Mail

Legal Mail

SCREENED BY USMS

Federal Correctional Institution
PO Box 1000,
Cresson, Pa 16630
"The enclosed letter was processed through special Mailing procedures for forwarding to you. The letter has neither been open nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, Please return the enclosure to the above address."
DATE: 11/17/22