UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

GLIB OLEKSANDR IVANOV-
TOLPINTSEV

    Defendant

Case # 8:20-cr-309-SDM-AEP

DEFENDANT'S MOTION FOR A 30-DAY EXTENSION

OF TIME TO FILE A RESPONSE

AND A REQUEST FOR APPOINTMENT OF FEDERAL DEFENDER

Now comes the Defendant, Glib Oleksandr Ivanov-Tolpintsev, acting pro se and in forma pauperis asking for a 30-day extension in order to respond to the government's response in opposition to the Motion for Compassionate Release under 18 USC §3582(c)(1)(A)(i). Due to the complexities of the medical issues involved the Defendant needs the extra time to compile the best possible response. Also, he is requesting a public defender to assist in the case at hand.

December 12, 2022

Submitted by

x _____
Glib Oleksandr Ivanov-
Tolpintsev

Clerk of the Court
United States District Court
801 N. Florida Ave., 2nd Fl.
Tampa, FL 33602

December 12, 2022

Re: Case no. 8:20-cr-309

Dear Sir/Madam:

I have attached a Motion requesting 30 days to answer the Government's Response to my Motion for Compassionate Release/Reduction in Sentence.

I appreciate your consideration.

Sincerely,

Glib Oleksandr Ivanov-Tolpintsev

Pro se