⇔63147-509⇔
Glib Ivanov-Tolpintsev
63147-509
Federal Correctional Institute
P.O. Box 1000
Cresson, PA 16630
United States

Legal mail

SCREENED BY USM-S

⇔63147-509⇔
Clerk Of The Court
US District Court
801 N Florida AVE
2nd Floor
Tampa, FL 33602
United States

Legal mail

JOHNSTOWN PA
12 DEC