⇔63147-509⇔
Glib Ivanov-Tolpintsev
63147-509
Federal Correctional Institute
P.O. Box 1000
Cresson, PA 16630
United States



SCREENED BY USMS

Legal mail

⇔63147-509⇔
Clerk Of The Court
US District Court
801 N Florida AVE
2nd Floor
Tampa, FL 33602
United States

Clerk of The Court
US District Court
801 N Florida AVE
2nd Floor
Tampa, FL 33602
United States

Legal mail

Federal Correctional Institution
PO Box 1000,
Cresson, Pa 16630

"The enclosed letter was processed through special Mailing procedures for forwarding to you. The letter has neither been open nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, Please return the enclosure to the above address."

DATE: 12-20-22