UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-309-SDM-AEP

GLIB OLEKSANDR IVANOV-
TOLPINSTEV
_____/

### ORDER

The United States moves (Doc. 64) for leave to seal the United States' response to the defendant's motion for compassionate release, which response contains information subject to HIPAA. The motion (Doc. 64) is **GRANTED**, and the response (Doc. S-65) is **SEALED**. However, the clerk must **UNSEAL** the motion (Doc. 64) for leave to file under seal, which motion is perfunctory and contains no medical or other information qualifying for sealing.

Also, the defendant moves (Doc. 66) to extend by thirty days the time within which to "respond to the government's response in opposition" to the motion for compassionate release. The motion (Doc. 66), construed as a motion for leave to reply, is **GRANTED**. Not later than **JANUARY 19, 2022**, the defendant may reply in support of the motion for compassionate release. The defendant's (one-sentence) re

quest for appointment of counsel to represent the defendant in moving for compassionate release is **DENIED**.

Finally, in a December 7, 2022 letter to chambers (attached to this order), the defendant reports "difficulty with respect to FCI crediting me for the jail time in Poland." On September 26, 2022, the defendant requested (Doc. 61) a recommendation to the warden that the Bureau of Prisons credit the defendant's sentence for the duration of the defendant's incarceration in Poland pending extradition to the United States. An order (Doc. 62) grants the defendant's request and appends a copy of the letter sent to the warden. That letter addressed to the warden was returned as undeliverable. The clerk must send a copy of this order, the earlier order (Doc. 62), and the letter of recommendation (Doc. 62-1) appended to the earlier order to: Warden, FCI Loretto, Federal Correctional Institution, P.O. Box 1000, Cresson, PA 16630.[*]

ORDERED in Tampa, Florida, on December 28, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

CC by e-mail:  U.S. Probation and Pretrial Services

---

[*] The earlier order inadvertently sent the letter of recommendation to the street address of the prison instead of the P.O. Box for staff.