December 7, 2022

Honorable Judge Steven D. Merryday
US District Court
801 N. Florida Ave, Suite 1530
Tampa, FL  33602

RE: Case No.: 8:20-CR-309

Honorable Judge Merryday:

With respect to your ORDER (Doc. 61) dated 10/11/2022, I seem to be having difficulty with respect to FCI crediting me for the jail time in Poland. I know you're busy and have better things to do but if there is anything you could do to facilitate the application of the jail credit, I would be grateful.

I appreciate your consideration.

Sincerely,

Glib O. Ivanov-Tolpintsev