

JOHNSTOWN PA 159
08 DEC 2022 PM 3 L

⇔63147-509⇔
Clerk Of The Court
US District Court
801 N Florida AVE
2nd Floor
Tampa, FL 33602
United States

Legal mail

⇔63147-509⇔
Glib Ivanov-Tolpintsev
FCI Loretto
PO BOX 1000
Cresson, PA 16630
United States

Legal mail