January 5, 2023

Clerk of the Court
U.S. District Court
801 N. Florida Ave
Suite 1530
Tampa, FL 33602

Case No. 8:20-cr-309 -SDM- AEP

Dear Sir/Madam:

Today I received the Court's letter dated 12/28/2022 (Doc #68). In the ORDER the Court granted my request for time extension. Please be aware that I sent by prison mail on 12/21/2022 the required "Response" to the governments' response in opposition. I know mail can be slow during the holiday but I'm worried it didn't arrive. Please confirm reception.

I appreciate your consideration and await your reply.

Sincerely,

Glib O. Ivanov-Tolpintsev