Clerk of the Court  
U.S. District Court  
801 N. Florida Ave.  
Tampa, FL 33602

February 1, 2023

Re: Case No.: 8:20-cr-309

Hon. Judge Merryday:

With respect to the above mentioned case number and your order issued several months ago regarding my "jail credit" from Poland, I'm sad to say I still haven't received anything. I have asked several times (see copies) and I don't seem to be getting anywhere. I know the Court has better things to do, but I would appreciate any help you can give me as the BOP goes out of their was to make things difficult.

I appreciate your consideration.

Sincerely,

x _____  
Glib Oleksandr Ivanov-T.

TRULINCS 63147509 - IVANOV-TOLPINTSEV, GLIB OL - Unit: LOR-N-A

---

FROM: Correctional Systems
TO: 63147509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/17/2023 12:33:10 PM

I forwarded the paperwork to DSCC but have not received a response back yet.

---

From: ~^! IVANOV-TOLPINTSEV, ~^!GLIB OLEKSAND <63147509@inmatemessage.com>
Sent: Thursday, January 5, 2023 11:49 AM
Subject: ***Request to Staff*** IVANOV-TOLPINTSEV, GLIB, Reg# 63147509, LOR-N-A

To: Mr. Dignan
Inmate Work Assignment: POWER PLANT

Mr. Dignan

Good morning. Have you gotten any response from DSCC regarding my time credits from Poland?

Thank you,

Glib
-----Correctional Systems on 12/20/2022 9:52 AM wrote:

>
Your request for Jail Credit was forwarded to DSCC. We are awaiting their response.

---

From: ~^! IVANOV-TOLPINTSEV, ~^!GLIB OLEKSAND <63147509@inmatemessage.com>
Sent: Monday, December 19, 2022 3:39 PM
Subject: ***Request to Staff*** IVANOV-TOLPINTSEV, GLIB, Reg# 63147509, LOR-N-A

To: Mr. Dignan
Inmate Work Assignment: POWER PLANT

Mr. Dignan, Is any update on my credits?

Thank you.

Glib

TRULINCS  63147509 - IVANOV-TOLPINTSEV, GLIB OL - Unit: LOR-N-A

----------------------------------------------------------------------------------------

FROM: Correctional Systems
TO: 63147509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 12/20/2022 09:52:03 AM

Your request for Jail Credit was forwarded to DSCC. We are awaiting their response.

From: ~^! IVANOV-TOLPINTSEV, ~^!GLIB OLEKSAND <63147509@inmatemessage.com>
Sent: Monday, December 19, 2022 3:39 PM
Subject: ***Request to Staff*** IVANOV-TOLPINTSEV, GLIB, Reg# 63147509, LOR-N-A

To: Mr. Dignan
Inmate Work Assignment: POWER PLANT

Mr. Dignan, Is any update on my credits?

Thank you.

Glib