UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

United States of America

v.

Ivanov-Tolpintsev

Case No. 8:20-CR-00309

NOTICE OF APPEAL

Now comes the Defendant, Glib Oleksandr Ivanov-Tolpintsev, acting pro se and informa pauperis, with a notice of appeal regarding the US District Court's ORDER handed down on 02/11/2023 (see Doc# 63) and received here on 02/16/2023.

February 17, 2023

Submitted by:

Glib Oleksandr Ivanov-Tolpintsev

Clerk of the Court  February 19, 2023
US District Court
101 N. Florida Ave, 2nd Fl
Tampa, FL 33602

RE: Case No. 8:20-CR-00309

Dear Sir/Madam:

I have attached a notice of Appeal with respect to the above-mentioned case number and the Court's ORDER handed down on 02/11/2023 (see Doc. #63).

I appreciate your consideration.

Sincerely,

Glib Oleksandr Ivanov-Tolpintsev