**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren
Clerk of Court

Kristin Esposito
Tampa Division Manager

**DATE:** February 28, 2023

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

---

UNITED STATES OF AMERICA

v. Case No.: 8:20-cr-309-SDM-AEP

GLIB OLEKSANDR IVANOV-TOLPINTSEV

---

**U.S.C.A. Case No.: UNKNOWN**

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Steven D. Merryday, Chief United States District Judge appealed from.
- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.
- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from. Opinion was not entered orally.
- No hearing from which a transcript could be made.

ELIZABETH M. WARREN, CLERK

By: s/C. Roberts, Deputy Clerk

APPEAL, CLOSED, CUSTODY, INTERPRETER, SL DOC

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:20−cr−00309−SDM−AEP−1

Case title: USA v. Ivanov−Tolpintsev

Magistrate judge case number: 8:20−mj−01465−SPF

Date Filed: 10/06/2020

Date Terminated: 05/13/2022

---

Assigned to: Judge Steven D. Merryday
Referred to: Magistrate Judge Anthony E. Porcelli

**Defendant (1)**

**Glib Oleksandr Ivanov−Tolpintsev**
*Ukranian Interpreter Required*
*TERMINATED: 05/13/2022*
*also known as*
Gleb Aleksandr Ivanov−Tolpintsev
*TERMINATED: 05/13/2022*
*also known as*
Sergios
*TERMINATED: 05/13/2022*
*also known as*
Mars
*TERMINATED: 05/13/2022*

represented by

**Glib Oleksandr Ivanov−Tolpintsev**
63147−509
LORETTO
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
PO Box 1000
CRESSON, PA 16630
PRO SE

**Adrian Burden**
Federal Public Defender's Office
400 N Tampa St Ste 2700
Tampa, FL 33602−4726
813−228−2715
Fax: 813−228−2562
Email: Adrian_Burden@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Sylvia A. Irvin**
Federal Public Defender's Office
400 N. Tampa St, Suite 2700
Tampa, FL 33602
813−228−2715
Fax: 813−228−2562
Email: Sylvia_Irvin@fd.org
*TERMINATED: 09/10/2021*
*ATTORNEY TO BE NOTICED*

*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | Imprisonment: 48 months; Supervised Release: 2 years; Fine: Waived; Special Assessment: $100 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1029A.F PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE (2) | Dismissed on motion by the United States |
| 18:1030A.F FRAUD ACTIVITY CONNECTED WITH COMPUTERS (3−4) | Dismissed on motion by the United States |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES | |

---

**Plaintiff**

**USA** represented by

**Carlton Curtiss Gammons**
US Attorney's Office − FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602−4798
813/274−6000
Fax: 813/274−6358
Email: carlton.gammons@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jessica N. Reder**
US Attorney's Office − FLM
400 North Tampa Street

Suite 3200
Tampa, Fl 33602
813−274−6000
Email: jessica.reder@usdoj.gov
*TERMINATED: 10/26/2020*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Suzanne C. Nebesky**
US Attorney's Office − FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602−4798
813/274−6000
Email: suzanne.nebesky@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/13/2020 | 1 | | COMPLAINT as to Glib Oleksandr Ivanov−Tolpintsev (1). (EJC)[8:20−mj−01465−SPF] Modified on 10/6/2020 (AG). (Entered: 10/06/2020) |
| 10/06/2020 | 4 | | INDICTMENT returned in open court as to Glib Oleksandr Ivanov−Tolpintsev (1) count(s) 1, 2, 3−4. (CRH) (Entered: 10/06/2020) |
| 10/13/2020 | 7 | | NOTICE OF ATTORNEY APPEARANCE Jessica N. Reder appearing for USA. (Reder, Jessica) (Entered: 10/13/2020) |
| 10/26/2020 | 8 | | Notice of substitution of AUSA. Suzanne C. Nebesky substituting for Jessica N. Reder. (Nebesky, Suzanne) (Entered: 10/26/2020) |
| 12/03/2020 | 9 | | **ORDER as to Glib Oleksandr Ivanov−Tolpintsev: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (TDC)** (Entered: 12/03/2020) |
| 01/11/2021 | 10 | | **ORDER as to Glib Oleksandr Ivanov−Tolpintsev; NOTICE: COMPLIANCE WITH NEW LOCAL RULE 1.08. Signed by Judge Steven D. Merryday on 1/11/2021. (BK)** (Entered: 01/11/2021) |
| 09/02/2021 | | | Arrest of Glib Oleksandr Ivanov−Tolpintsev on 9/2/2021 (CDR) (Entered: 09/03/2021) |
| 09/07/2021 | 12 | | ORAL MOTION to Appoint Interpreter by Glib Oleksandr Ivanov−Tolpintsev. (KR) (Entered: 09/07/2021) |
| 09/07/2021 | 13 | | ORAL MOTION to Appoint Counsel by Glib Oleksandr Ivanov−Tolpintsev. (KR) (Entered: 09/07/2021) |

| | | | |
|---|---|---|---|
| 09/07/2021 | 14 | | ORAL MOTION for Discovery by Glib Oleksandr Ivanov−Tolpintsev. (KR) (Entered: 09/07/2021) |
| 09/07/2021 | 15 | | ORAL MOTION by USA for Reciprocal Discovery as to Glib Oleksandr Ivanov−Tolpintsev. (KR) (Entered: 09/07/2021) |
| 09/07/2021 | 16 | | ORAL MOTION by USA for Detention as to Glib Oleksandr Ivanov−Tolpintsev. (KR) (Entered: 09/07/2021) |
| 09/07/2021 | 17 | | **ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Glib Oleksandr Ivanov−Tolpintsev. Signed by Magistrate Judge Julie S. Sneed on 9/7/2021. (KR)** (Entered: 09/07/2021) |
| 09/07/2021 | 18 | | Minute Entry for virtual proceedings held before Magistrate Judge Julie S. Sneed: Oral Order granting 12 Oral Motion to Appoint Interpreter; Oral Order granting 14 Oral Motion for Discovery by Glib Oleksandr Ivanov−Tolpintsev; Oral Order granting 15 Oral Motion by USA for Reciprocal Discovery; Oral Order granting 16 Oral Motion by USA for Detention; Initial Appearance, Arraignment, Bond and Detention Hearing as to Glib Oleksandr Ivanov−Tolpintsev held on 9/7/2021; Defendant pled not guilty to all charges. (DIGITAL) (Interpreter/Language: Yulia Shevchenko/Ukranian) (KR) (Entered: 09/08/2021) |
| 09/07/2021 | 22 | | **ORAL ORDER as to Glib Oleksandr Ivanov−Tolpintsev: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Julie S. Sneed on 9/7/2021. (KR)** (Entered: 09/13/2021) |
| 09/08/2021 | 19 | | **ORDER OF DETENTION PENDING TRIAL as to Glib Oleksandr Ivanov−Tolpintsev. Signed by Magistrate Judge Julie S. Sneed on 9/8/2021. (KR)** (Entered: 09/08/2021) |
| 09/09/2021 | 20 | | **PRETRIAL discovery order and notice as to Glib Oleksandr Ivanov−Tolpintsev. Jury Trial set for the November 2021 trial term beginning week of 11/1/2021 at 01:30 PM in Tampa Courtroom 15 A before Judge Steven D. Merryday. The parties are to file a joint status report by the 10th of each month. Signed by Magistrate Judge Anthony E. Porcelli on 9/9/2021. (LV)** (Entered: 09/09/2021) |
| 09/09/2021 | 21 | | NOTICE OF ATTORNEY APPEARANCE: Adrian Burden appearing for Glib Oleksandr Ivanov−Tolpintsev *and Substitution of Counsel* (Burden, Adrian) (Entered: 09/09/2021) |
| 09/14/2021 | 23 | | Arrest Warrant Returned Executed on 09/02/2021 as to Glib Oleksandr Ivanov−Tolpintsev. (ARC) (Entered: 09/14/2021) |
| 10/13/2021 | 24 | | STATUS REPORT *October 2021* by USA as to Glib Oleksandr Ivanov−Tolpintsev (Gammons, Carlton) (Entered: 10/13/2021) |
| 10/18/2021 | 25 | | **TRIAL CALENDAR FOR NOVEMBER 2021 TRIAL TERM. Signed by Judge Steven D. Merryday on 10/18/2021. (DAY)** (DAY). (Entered: 10/18/2021) |

| | | | |
|---|---|---|---|
| 10/19/2021 | 26 | | Joint MOTION to Continue trial by Glib Oleksandr Ivanov−Tolpintsev. (Burden, Adrian) (Entered: 10/19/2021) |
| 10/21/2021 | 27 | | **ORDER granting 26 Motion to Continue as to Glib Oleksandr Ivanov−Tolpintsev (1) Jury Trial set for JANUARY 2022 TRIAL CALENDAR. Signed by Judge Steven D. Merryday on 10/21/2021. (DAY)** (Entered: 10/21/2021) |
| 11/10/2021 | 28 | | STATUS REPORT *November 2021* by USA as to Glib Oleksandr Ivanov−Tolpintsev (Gammons, Carlton) (Entered: 11/10/2021) |
| 12/10/2021 | 29 | | STATUS REPORT *December 2021* by USA as to Glib Oleksandr Ivanov−Tolpintsev (Gammons, Carlton) (Entered: 12/10/2021) |
| 12/17/2021 | 30 | | **TRIAL CALENDAR for trial term January 2022. Signed by Judge Steven D. Merryday on 12/15/2021. (DAY)** (Entered: 12/17/2021) |
| 12/17/2021 | 31 | | Joint MOTION to Continue trial by Glib Oleksandr Ivanov−Tolpintsev. (Burden, Adrian) (Entered: 12/17/2021) |
| 12/21/2021 | 32 | | **ORDER granting 31 Motion to Continue as to Glib Oleksandr Ivanov−Tolpintsev (1) Jury Trial set for March Trial Term before Judge Steven D. Merryday. Signed by Judge Steven D. Merryday on 12/20/2021. (DAY)** (Entered: 12/21/2021) |
| 01/10/2022 | 33 | | STATUS REPORT *Joint − January 2022* by USA as to Glib Oleksandr Ivanov−Tolpintsev (Gammons, Carlton) (Entered: 01/10/2022) |
| 02/10/2022 | 34 | | STATUS REPORT *Joint February 2022* by USA as to Glib Oleksandr Ivanov−Tolpintsev (Gammons, Carlton) (Entered: 02/10/2022) |
| 02/10/2022 | 35 | | NOTICE OF HEARING as to Glib Oleksandr Ivanov−Tolpintsev: Change of Plea Hearing set for 2/22/2022 at 10:00 AM VIA ZOOM before Magistrate Judge Anthony E. Porcelli. (LV) (Entered: 02/10/2022) |
| 02/18/2022 | 36 | | PLEA AGREEMENT re: count(s) One of the Indictment as to Glib Oleksandr Ivanov−Tolpintsev (Gammons, Carlton) (Entered: 02/18/2022) |
| 02/22/2022 | 37 | | Minute Entry for Virtual proceedings held before Magistrate Judge Anthony E. Porcelli: Change of Plea Hearing as to Glib Oleksandr Ivanov−Tolpintsev held on 2/22/2022. (digital) (Interpreter/Language: N. Worrell, Urkranian) (LV) (Entered: 02/22/2022) |
| 02/22/2022 | 38 | | **REPORT AND RECOMMENDATIONS Concerning Plea of Guilty re: count(s) one of the indictment as to Glib Oleksandr Ivanov−Tolpintsev. Signed by Magistrate Judge Anthony E. Porcelli on 2/22/2022. (LV)** (Entered: 02/22/2022) |
| 03/10/2022 | 41 | | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: count(s) one of the indictment as to Glib Oleksandr Ivanov−Tolpintsev. Signed by Judge Steven D. Merryday on 3/10/2022.(Sentencing set for 5/12/2022 at 09:00 AM in Tampa Courtroom 15 A before Judge Steven D. Merryday.) (DAY) (Entered: 03/10/2022) |
| 04/11/2022 | 43 | | MOTION for Forfeiture of an Order of Forfeiture by USA as to Glib Oleksandr Ivanov−Tolpintsev. (Nebesky, Suzanne) (Entered: 04/11/2022) |

| | | | |
|---|---|---|---|
| 04/19/2022 | 44 | | **ORDER granting 43−−motion for forfeiture. Signed by Judge Steven D. Merryday on 4/19/2022. (DAS)** (Entered: 04/19/2022) |
| 04/27/2022 | 45 | | MOTION to Continue Sentencing *Hearing for Victim Identification and Loss Determination* by USA as to Glib Oleksandr Ivanov−Tolpintsev. (Gammons, Carlton) (Entered: 04/27/2022) |
| 04/29/2022 | 46 | | **ENDORSED ORDER: The United States moves (Doc. 45) to continue the sentencing of the defendant, Glib Oleksandr Ivanov−Tolpintsev, and reports that the defendant opposes the motion. The defendant must respond in writing not later than May 5, 2022, and state the basis for opposing the motion. Signed by Judge Steven D. Merryday on 4/29/2022.** (Entered: 04/29/2022) |
| 05/05/2022 | 47 | | RESPONSE in Opposition by Glib Oleksandr Ivanov−Tolpintsev re 45 MOTION to Continue Sentencing *Hearing for Victim Identification and Loss Determination* (Burden, Adrian) (Entered: 05/05/2022) |
| 05/09/2022 | 50 | | **ENDORSED ORDER: The United States' 45 motion to continue is DENIED, but a separate order under 18 USC § 3664(d)(5) will "set a date for the final determination of the victim's losses, not to exceed 90 days after sentencing." Signed by Judge Steven D. Merryday on 5/9/2022.** (Entered: 05/09/2022) |
| 05/11/2022 | 51 | | SENTENCING MEMORANDUM by USA as to Glib Oleksandr Ivanov−Tolpintsev (Gammons, Carlton) (Entered: 05/11/2022) |
| 05/12/2022 | 52 | | SENTENCING MEMORANDUM by Glib Oleksandr Ivanov−Tolpintsev (Burden, Adrian) (Entered: 05/12/2022) |
| 05/12/2022 | 53 | | Minute Entry for In Person proceedings held before Judge Steven D. Merryday: SENTENCING held on 5/12/2022 for Glib Oleksandr Ivanov−Tolpintsev (1), Count(s) 1, Imprisonment: 48 months; Supervised Release: 2 years; Fine: Waived; Special Assessment: $100; Count(s) 2, 3−4, Dismissed on motion by the United States. Court Reporter: Rebecca Sabo (Interpreter/Language: Ukrainian/Yulia Shevchenko) (DAY) (Entered: 05/13/2022) |
| 05/13/2022 | 54 | | **JUDGMENT as to Glib Oleksandr Ivanov−Tolpintsev (1), Count(s) 1, Imprisonment: 48 months; Supervised Release: 2 years; Fine: Waived; Special Assessment: $100; Count(s) 2, 3−4, Dismissed on motion by the United States Signed by Judge Steven D. Merryday on 5/12/2022. (DAY)** (Entered: 05/13/2022) |
| 05/13/2022 | 56 | | NOTICE OF HEARING as to Glib Oleksandr Ivanov−Tolpintsev: re: 50 Order on Motion to Continue. Evidentiary Hearing set for 7/22/2022 at 09:00 AM in Tampa Courtroom 15 A before Judge Steven D. Merryday. (DAY) (Entered: 05/13/2022) |
| 06/28/2022 | 57 | | TRANSCRIPT of sentencing as to Glib Oleksandr Ivanov−Tolpintsev held on 5/12/22 before Judge Steven D. Merryday. Court Reporter/Transcriber Rebecca Sabo, Telephone number 14068556410. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 7/19/2022 Redacted Transcript Deadline set for 7/29/2022 Release |

| | | | |
|---|---|---|---|
| | | | of Transcript Restriction set for 9/26/2022. (RMS) (Entered: 06/28/2022) |
| 07/13/2022 | 58 | | Unopposed MOTION for Miscellaneous Relief, specifically Cancel Hearing for the Final Determination of Victim Losses by USA as to Glib Oleksandr Ivanov−Tolpintsev. (Gammons, Carlton) (Entered: 07/13/2022) |
| 07/14/2022 | 59 | | **ENDORSED ORDER granting 58 Motion to Cancel Hearing as to Glib Oleksandr Ivanov−Tolpintsev. Signed by Judge Steven D. Merryday on 7/14/2022. (DAY)** (Entered: 07/14/2022) |
| 07/14/2022 | 60 | | NOTICE canceling Restitution hearing scheduled for 07/22/2022 as to Glib Oleksandr Ivanov−Tolpintsev (DAY) (Entered: 07/14/2022) |
| 09/26/2022 | 61 | | MOTION for Miscellaneous Relief, specifically Credit for jail time re 54 Judgment, by Glib Oleksandr Ivanov−Tolpintsev. (Attachments: # 1 Mailing Envelope)(KME) (Entered: 09/30/2022) |
| 10/11/2022 | 62 | | **ORDER granting 61−−motion for recommendation to BOP. Signed by Judge Steven D. Merryday on 10/11/2022. (Attachments: # 1 Letter to Warden) (DAS)** (Entered: 10/11/2022) |
| 11/21/2022 | 63 | | MOTION for compassionate release by Glib Oleksandr Ivanov−Tolpintsev. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Mailing Envelope)(CTR) (Entered: 11/22/2022) |
| 12/05/2022 | 64 | | SEALED MOTION for leave to file MOTION under seal by USA as to Glib Oleksandr Ivanov−Tolpintsev. (Attachments: # 1 Text of Proposed Order)(CTR) (Entered: 12/06/2022) |
| 12/15/2022 | 66 | | MOTION to Extend Time to file a Response, MOTION to Appoint Counsel by Glib Oleksandr Ivanov−Tolpintsev. (Attachments: # 1 Mailing Envelope)(CTR) Motions referred to Magistrate Judge Anthony E. Porcelli. (Entered: 12/15/2022) |
| 12/23/2022 | 67 | | REPLY TO RESPONSE to Motion by Glib Oleksandr Ivanov−Tolpintsev re 63 MOTION for compassionate release (Attachments: # 1 Mailing Envelope)(CTR) (Entered: 12/23/2022) |
| 12/28/2022 | 68 | | **ORDER granting 64−−motion for leave to file response under seal; sealing 65; directing clerk to unseal 64; granting the defendant's motion 66 for leave to reply; permitting reply by January 19, 2022; denying request for appointment of counsel; directing the clerk to send certain copies of earlier docket entries to the Warden of FCI Loretto; cc by e−mail to United States Probation and Pretrial Services. Signed by Judge Steven D. Merryday on 12/28/2022. (DAS)** (Entered: 12/28/2022) |
| 01/13/2023 | 69 | | NOTICE of Inquiry by Glib Oleksandr Ivanov−Tolpintsev re 67 Reply to Response to motion. (Attachments: # 1 Mailing Envelope)(CTR) (Entered: 01/17/2023) |
| 02/06/2023 | 70 | | NOTICE by Glib Oleksandr Ivanov−Tolpintsev re 68 Sealed Order on Sealed Motion for Leave to File Under Seal Order on Motion to Extend Time Order on Motion to Appoint Counsel. (Attachments: # 1 Mailing Envelope)(CTR) (Entered: 02/06/2023) |
| 02/11/2023 | 71 | | |

| | | | |
|---|---|---|---|
| | | | **ORDER denying 63−−Motion to Reduce Sentence − First Step Act as to Glib Oleksandr Ivanov−Tolpintsev. Signed by Judge Steven D. Merryday on 2/11/2023. (DAS)** (Entered: 02/11/2023) |
| 02/27/2023 | 72 | | NOTICE OF APPEAL by Glib Oleksandr Ivanov−Tolpintsev re 71 Order on Motion to Reduce Sentence − First Step Act. Filing fee not paid (Attachments: # 1 Mailing Envelope)(CTR) (Entered: 02/28/2023) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:20-cr-309-SDM-AEP

GLIB OLEKSANDR IVANOV-TOLPINSTEV

_________________________________/

**ORDER**

Citing "latent tuberculosis" and COVID-19, the defendant moves (Doc. 63) for compassionate release. The United States responds (Doc. 65) in opposition. The defendant replies (Doc. 67) in support of the motion.

On May 13, 2020, the defendant was charged with crimes resulting from his listing more than 6,000 compromised server passwords for sale on a dark web marketplace. The defendant was arrested in Poland and extradited to the United States. On February 22, 2022, the defendant pleaded guilty to conspiracy. On May 13, 2022, the defendant was sentenced to forty-eight months of imprisonment. The defendant, who is twenty-nine years old, serves his sentence in a low-security federal correctional institution in Loretto, Pennsylvania. The Bureau of Prisons projects his release on January 28, 2025.

Under 18 U.S.C. § 3582, a district court "may reduce the term of imprisonment . . . after considering the factors set forth in section 3553(a) to the extent that

they are applicable, if [the district court] finds that . . . extraordinary and compelling reasons warrant such a reduction . . . and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." Under the "applicable policy statement," U.S.S.G. § 1B1.13, the "extraordinary and compelling reasons" warranting reduction comprise "(A) a terminal illness or a serious medical condition, (B) old age, (C) certain family circumstances, and (D) other reasons, other than or in combination with those listed in (A) through (C), as determined by the BOP Director." The policy statement is exhaustive and "does not grant discretion to courts to develop 'other reasons' that might justify a reduction in a defendant's sentence." *United States v. Bryant*, 996 F.3d 1243, 1247–48 (11th Cir. 2021). Even if the defendant presents an "extraordinary and compelling reason," the policy statement prohibits a reduction unless "[t]he defendant is not a danger to the safety of any other person or to the community, as provided in 18 U.S.C. § 3142(g)."

    The defendant fails to qualify for compassionate release. The defendant is twenty-nine years old, vaccinated against COVID-19, and generally healthy. Although diagnosed with latent tuberculosis, the condition is not contagious and not active. (Doc. 65-1 at 5) Also, the defendant argues that his mother's ailing health and cancer diagnosis warrants compassionate release. However, "family circumstances" qualify a defendant for compassionate release only in the event of "the death or incapacitation of the caregiver of the defendant's minor child or minor children" or "the incapacitation of the defendant's spouse or registered partner when the defendant would be the only available caregiver for the spouse or registered partner." The

defendant is not married and has no children. The defendant's generalized apprehension about COVID-19, his generalized criticism about the BOP's handling of COVID-19,[*] and his mother's health fail to establish a basis for compassionate release in U.S.S.G. § 1B1.13.

Also, the Section 3553(a) factors disfavor release. For more than two years, Ivanov-Tolpinstev listed login credentials for more than 6,000 servers on a dark web marketplace. His conduct was prolonged, widespread, and will almost certainly yield catastrophic consequences for many of his victims. Early release would not further respect for the law and would subject the public to an unacceptable prospect of further harm. The motion (Doc. 63) is **DENIED**.

ORDERED in Tampa, Florida, on February 11, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

[*] To the extent the defendant challenges the conditions of his confinement as "cruel and unusual," the defendant must pursue relief through an appropriate civil action.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

United States of America

v.

Ivanov-Tolpintsev

Case No. 8:20-CR-00309

2023 FEB 27 PM 1:37

NOTICE OF APPEAL

Now comes the Defendant, Glib Oleksandr Ivanov-Tolpintsev, acting pro se and informa pauperis, with a notice of appeal regarding the US District Court's ORDER handed down on 02/11/2023 (see Doc# 63) and received here on 02/16/2023.

February 17, 2023

Submitted by:

Glib Oleksandr Ivanov-Tolpintsev

Clerk of the Court  
US District Court  
101 N. Florida Ave, 2nd Fl  
Tampa, FL 33602

February 19, 2023

RE: Case No. 8:20-CR-00309

Dear Sir/Madam:

I have attached a notice of Appeal with respect to the above-mentioned case number and the Court's ORDER handed down on 02/11/2023 (see Doc. #63).

I appreciate your consideration.

Sincerely,

Glib Oleksandr Ivanov-Tolpintsev



⇨63147-509⇦
Glib Ivanov-Tolpintsev
63147-509
Federal Correctional Institute
P.O. Box 1000
Cresson, PA 16630
United States
JOHNSTOWN PA 159
24 FEB 2023 PM 2 L
FOREVER / USA
SCREENED
BY USMS
⇨63147-509⇦
Clerk Of The Court
US District Court
801 N Florida AVE
2nd Floor
Tampa, FL 33602
United States
Legal mail
3360283800
Legal mail



15