**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren | Kristin Esposito |
| Clerk of Court | Tampa Division Manager |

**DATE:** May 1, 2023

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA

v.                                                         Case No.: 8:20-cr-309-SDM-AEP

GLIB OLEKSANDR IVANOV-TOLPINTSEV

**U.S.C.A. Case No.:**      23-10648-A

- Record as Requested:

    1    Folder of Sealed Pleadings

ELIZABETH M. WARREN, CLERK

By:    s/C. Roberts, Deputy Clerk